[988 NE2d 1285, 966 NYS2d 773]

ARPI KOULAJIAN, Appellant, v TAMARA SMITH et al., Respondents.

Decided May 2, 2013

## APPEARANCES OF COUNSEL

*Law Office of Robert F. Danzi*, Westbury (*Robert F. Danzi* of counsel), for appellant.

*DeSena & Sweeney, LLP*, Bohemia (*Shawn P. O'Shaughnessy* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The Appellate Division correctly held that defendants were entitled to summary judgment.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA.